**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-2189**

———————————

LINDA R. SHARP,

                                        Plaintiff - Appellant,

        versus


DARE COUNTY DEPARTMENT OF SOCIAL SERVICES, a
governmental agency of the County of Dare;
SARAH A. MASSEY, Social Worker of the Dare
County Department of Social Services, in her
official and individual capacities; SAUNDRA
BROOKSHIRE, Social Worker Supervisor of the
Dare County Department of Social Services, in
her official and individual capacities; JAY
BURRUS, Director of the Dare County Department
of Social Services, in his official and indi-
vidual capacities,

                                        Defendants - Appellees,

        and


C. ROBIN BRITT, Secretary of Human Resources,
former Secretary of the Department of Human
Resources of the State of North Carolina, in
his official and individual capacities; STEVEN
MICHAEL, individually and in his official
capacity as attorney for the Dare County
Department of Social Services; MICHAEL SHARP,
Outten and Graham, L.L.P., individually and in
their official capacity as the law firm repre-
senting the Dare County Department of Social
Services; STARKEY SHARP,

                                        Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City. Malcolm J. Howard, District Judge. (CA-97-34-2-H)

Submitted: February 10, 2000          Decided: February 15, 2000

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Linda R. Sharp, Appellant Pro Se. James Russell Sugg, Sr., Jill Quattlebaum Byrum, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, P.A., New Bern, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Linda R. Sharp appeals the district court's order denying relief on her 42 U.S.C.A. § 1983 (West Supp. 1999) complaint and declining to exercise jurisdiction over her supplemental state law claims.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Sharp v. Dare County Dep't Soc. Servs.</u>, No. CA-97-34-2-H (E.D.N.C. Aug. 10, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>